U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    LAFAYETTE

FEB 27 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL 7-20052(02) |
| VERSUS | JUDGE HAIK |
| ANTHONY ANTOINE BIRTHA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The petitioner's motions, brought pursuant to 28 USC section 2255 to vacate, set aside, or correct his sentence (Doc. #492), the related request for an evidentiary hearing (Doc. #532), and the request for appointment of counsel (Doc. #556) were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, Petitioner's motion to vacate, set aside or correct his sentence under 28 USC section 2255 (Doc. #492) is hereby **DENIED** and **DISMISSED** with prejudice.

Petitioner's requests for an evidentiary hearing (Doc. #532) and for appointment of counsel (Doc. #556) are also **DENIED**.

THUS DONE and SIGNED on this 25th day of February, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA